THE HOWE MACHINE COMPANY v. STILES ET AL.

1. **Evidence:** LETTERS: PROOF OF CONTENTS. The statement of a witness, to the effect that he does not know where certain letters received by him are, is not sufficient to authorize the introduction of evidence to prove the contents of the letters.

*Appeal from Greene District Court.*

THURSDAY, APRIL 22.

ACTION to recover the value of certain sewing machines delivered to the defendant Stiles, agent of the plaintiff, and for which he agreed to account. The plaintiff claimed the defendants were indebted to it, on account of machines so delivered, in the sum of three hundred and sixty dollars, or there-

The Howe Machine Company v. Stiles.

abouts. The defendants denied the allegations of the petition and pleaded payment. Trial to the court, and judgment for the plaintiff for fifty-five dollars and costs. The plaintiff appeals.

*C. H. Jackson*, for appellant.

No appearance for appellees.

SEEVERS, J.—One Reece, a witness for the defendants, testified he had received certain letters from the plaintiff, in rela-

1. EVIDENCE: letters : proof of contents. tion to the matters in controversy, and that he "had looked for the letters and could not find them; was not requested to look for them  *  *  think they were destroyed;" and on cross-examination said witness stated that he did not know that he had made a thorough examination for said letters.

Against the objection of the plaintiff, the defendants were allowed to prove the contents of said letters. This we think was error. It does not appear the witness examined or looked in any place where said letters would likely be found, or were usually kept. He did not know they had been destroyed, and he in substance only stated he did not know where they were. This is not sufficient. 1 Greenleaf's Evidence, § 558; *Horseman v. Todhunter*, 12 Iowa, 230.

REVERSED.